■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER THOMPSON, Appellant. [51 NYS3d 429]—Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Dutchess County (Greller, J.), imposed March 30, 2015, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Hall, Cohen, LaSalle and Connolly, JJ., concur.